UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND AND TRAINING FUND AND JOHN J.
VIRGA, IN HIS CAPACITY AS DIRECTOR OF
SAID FUNDS,

                Plaintiffs,

                v.

EXTERIOR WALL BUILDING CONSULTANTS,
INC., TRADE OFF, LLC; TRADE OFF PLUS,
LLC; AND RONALD LATTANZIO,

                Defendants.

Civil Action No.
1:19-cv-00623-AKH

-------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs

Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Fund,

and John J. Virga, in his capacity as director of said Funds, and Defendants Exterior Wall

Building Consultants, Inc., Trade Off, LLC, Trade Off Plus, LLC, and Ronald Lattanzio, through

their undersigned attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that

Plaintiffs' Complaint is dismissed with prejudice, and that each party shall bear its own costs,

expenses and attorney's fees in connection with the Complaint.

Dated: August 2₸, 2019

| | |
|---|---|
| _(signature)_<br>Matthew J. Aaronson<br>Aaron Abraham<br>TROUTMAN SANDERS LLP<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-6288<br>matthew.aaronson@troutman.com<br>aaron.abraham@troutman.com | _(signature)_<br>Thomas M. Kennedy<br>Kate M. Swearengen<br>COHEN, WEISS AND SIMON LLP<br>900 Third Avenue, Suite 2100<br>New York, New York 10022<br>Telephone: (212) 563-4100<br>Facsimile: (212) 563-6527<br>tkennedy@cwsny.com<br>kswearengen@cwsny.com |
| Counsel for Defendants Trade Off, LLC,<br>Trade Off Plus, LLC and Ronald Lattanzio | Counsel for Plaintiffs |
| _(signature)_<br>Peter M. Levine<br>LAW FIRM OF PETER LEVINE<br>444 Madison Avenue, Suite 410<br>New York, New York 10022<br>Telephone: (212) 599-0009<br>Facsimile: (212) 838-8663<br>chief@pmlevinelaw.com | |
| Counsel for Defendant Exterior Wall Building<br>Consultants, Inc. | |

SO ORDERED:

Dated: _____, 2019

_____
U.S.D.J.