UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND AND TRAINING FUND AND JOHN J.
VIRGA, IN HIS CAPACITY AS DIRECTOR OF
SAID FUNDS,

                     Plaintiffs,

                     v.

EXTERIOR WALL BUILDING CONSULTANTS,
INC., TRADE OFF, LLC; TRADE OFF PLUS,
LLC; AND RONALD LATTANZIO,

                     Defendants.

------------------------------------------------------------------- x

Civil Action No.
1:19-cv-00623-AKH

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs

Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Fund,

and John J. Virga, in his capacity as director of said Funds, and Defendants Exterior Wall

Building Consultants, Inc., Trade Off, LLC, Trade Off Plus, LLC, and Ronald Lattanzio, through

their undersigned attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that

Plaintiffs' Complaint is dismissed with prejudice, and that each party shall bear its own costs,

expenses and attorney's fees in connection with the Complaint.

Dated: August 2\f, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED 9/(0/19

Matthew J. Aaronson
Aaron Abraham
TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
matthew.aaronson@troutman.com
aaron.abraham@troutman.com

Thomas M. Kennedy
Kate M. Swearengen
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, New York 10022
Telephone: (212) 563-4100
Facsimile: (212) 563-6527
tkennedy@cwsny.com
kswearengen@cwsny.com

Counsel for Defendants Trade Off, LLC,
Trade Off Plus, LLC and Ronald Lattanzio

Counsel for Plaintiffs

Peter M. Levine
LAW FIRM OF PETER LEVINE
444 Madison Avenue, Suite 410
New York, New York  10022
Telephone: (212) 599-0009
Facsimile: (212) 838-8663
chief@pmlevinelaw.com

Counsel for Defendant Exterior Wall Building
Consultants, Inc.

SO ORDERED:

Dated: September, 2019
10

_____
U.S.D.J.

- 2 -